**Keith D. Karnes**, Oregon State Bar ID Number 03352
kkarnes@olsendaines.com
Olsen, Olsen & Daines, LLC
1599 State St.
P.O. Box 12829
Salem, OR  97309-0829
Telephone (503) 362-9393
Fax (503) 362-1375

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BRIAN GUNDERSON, | Case No. 08-6345-HO |
| Plaintiff, | |
| v. | NOTICE OF DISSMISSAL |
| ASSOCIATED CREDITORS EXCHANGE, INC.; | |
| Defendant. | |

Pursuant to Fed. R. Civ. Pro 41(a)(1) plaintiff gives notice of dismissal of his claims.

DATED: January 7, 2009

/s/  Keith D. Karnes
Keith D. Karnes
OSB # 03352
503-362-9393
Attorney for Plaintiff Brian Gunderson

CERTIFICATE OF SERVICE

I certify that the foregoing document was served via ecf on the following:

Robert Sabido  rsabido@cvk-law.com.

DATED January 7, 2009.

                                              /s/  Keith D. Karnes
                                              Keith D. Karnes
                                              OSB # 03352